UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

___

CASE NO.  8:05-CV-444-T-27MSS            DATE  June 22, 2005

TITLE   ROBERT FRANCIS vs. WAL-MART STORES, INC.

TIME   10:18 A.M. - 10:30 A.M.

___

HONORABLE JAMES D. WHITTEMORE          Courtroom Deputy:  Anne H. Ohle

Court Reporter:  Kerry Brennan

___

Attorney(s) for Plaintiff:              Attorney(s) for Defendant(s):

No appearance by plaintiff              Gaye L. Huxoll

___

PROCEEDINGS OF:        ***STATUS CONFERENCE***

Plaintiff fails to appear as directed by this Court's Order dated June 2, 2005 (Dkt. 9).

Case is dismissed.